IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CARNIVORE LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  Case No. 1:21-cv-00023 |
| | ) |
| UBUNTO CHI, LLC, f/k/a NORTECH | ) |
| PACKAGING, LLC, d/b/a TISHMA | ) |
| TECHNOLOGIES, and | ) |
| INTERTAPE POLYMER CORP., | ) |
| | ) |
|     Defendants. | ) |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT
UBUNTO CHI, LLC'S MOTION TO DISMISS**

    Plaintiff Carnivore LLC ("Plaintiff" or "Carnivore") files this response in opposition to the motion to dismiss filed by Defendant Ubunto Chi, LLC, f/k/a Nortech Packaging, LLC, d/b/a Tishma Technologies ("Nortech"). Nortech relies primarily on the arguments set forth in the motion to dismiss and memorandum in support filed by Defendant Intertape Polymer Corp. ("Intertape") (Docs. 35 and 36). Accordingly, in response to Nortech's motion, Carnivore incorporates by reference its response in opposition to Intertape's motion (Doc. 48).

    Nortech also argues that it should be dismissed because the form purchase agreement at issue is between Carnivore and Intertape, not Nortech. This allegation is directly at odds with the document itself, which is attached to Carnivore's complaint and identifies Tishma (Nortech's d/b/a), not Intertape, as the named party. (Doc. 30-1, PageID #: 125 ("Subject to the terms of this Agreement, ***Tishma*** agrees to sell, deliver and install the machinery . . .") (emphasis added)). While Carnivore alleges that, in connection with Intertape's apparent acquisition of Nortech, Intertape is also liable to Carnivore, Carnivore does not allege that Nortech was released of its obligations to Carnivore. (*See* Complaint, Doc. 30, ¶¶ 27-28). Carnivore is not privy to the details

of the transaction between Intertape and Nortech, and the impact of that transaction, if any, on the Defendants' liability to Carnivore is an issue to be further illuminated by discovery in this case. At this stage, Carnivore has alleged that both Defendants are liable to Carnivore and has attached the form purchase agreement identifying Nortech as a party. These allegations are more than sufficient and must be accepted as true under Rule 12.

    For these reasons, Nortech's motion to dismiss should be denied.

Respectfully submitted,

/s/ R. Mark Donnell, Jr.
W. Scott Sims (#17563)
R. Mark Donnell, Jr. (#30136)
SIMS|FUNK, PLC
3322 West End Ave, Suite 200
Nashville, TN 37203
(615) 292-9335
(615) 649-8565 (fax)
ssims@simsfunk.com
mdonnell@simsfunk.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing was served on the following counsel via email, on this 27th day of October, 2021:

| | |
|---|---|
| Paul McDermott<br>Holland & Knight LLP<br>100 North Tampa Street, Suite 4100<br>Tampa, Florida 33602<br>Phone 813.227.6321<br>Fax 813.314.5058<br>paul.mcdermott@hklaw.com<br><br>*Attorney for Defendant Intertape Polymer Corp.* | Thomas A. Christensen<br>Huck Bouma, P.C.<br>1755 South Naperville Road, Suite 200<br>Wheaton, IL 60189<br>Phone: 630.221.1755<br>Fax: 630.221.1756<br>tchristensen@huckbouma.com<br><br>*Attorney for Defendant Ubunto Chi, LLC, f/k/a Nortech Packaging, LLC, d/b/a Tishma Technologies* |
| John R. Wingo<br>Ashley Goins Alderson<br>STITES &HARBISON PLLC<br>401 Commerce Street, Suite 800<br>Nashville, TN 37219<br>Telephone: (615) 782-2200<br>john.wingo@stites.com<br>aalderson@stites.com<br><br>*Attorney for Defendant Intertape Polymer Corp.* | Sye T. Hickey<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, PC (Nash)<br>1600 West End Avenue<br>Suite 2000<br>Nashville, TN 37203<br>(615) 726-7335<br>shickey@bakerdonelson.com<br><br>*Attorney for Defendant Ubunto Chi, LLC, f/k/a Nortech Packaging, LLC, d/b/a Tishma Technologies* |

/s/ R. Mark Donnell, Jr.

02558421   3

Case 1:21-cv-00023   Document 51   Filed 10/27/21   Page 3 of 3 PageID #: 266